# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALONZO BEARD**                                                                                    **PLAINTIFF**

v.                                            No. 4:22-CV-00134-JM-ERE

**DOE**                                                                                              **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Alonzo Beard's motion for voluntary dismissal. *Doc. 3*. This case was opened on February 10, 2022 after the Court received a complaint purportedly submitted by Mr. Beard. In the pending motion, Mr. Beard asserts that he did not file the complaint and would like the case to be dismissed.

For good cause shown, the motion is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED this 18th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE