IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO BEARD**                                                                    **PLAINTIFF**

**v.**                          No. 4:22-CV-00134-JM-ERE

**DOE**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE